In the Matter of REBECCA STYLES, Respondent, v ALAN DAVID TOMASKI, Appellant. [957 NYS2d 261] Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.